E-FILED
Tuesday, 04 September, 2018  02:41:20 PM
Clerk, U.S. District Court, ILCD

"pg. I OF 10"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FREDRICK WALKER, #B84246,
PLAINTIFF,

VS.                                    NO.

JURY DEMAND

WARDEN JERRI X. KENNEDY;
LT. MOLINERO; SGT. BAYLER;
C/O NALL; C/O LEFLER,
DEFENDANTS.

COMPLAINT PURSUANT TO $1983

PLAINTIFF, FREDRICK WALKER ("WALKER") CURRENTLY INCARCERATED IN ILLINOIS DEPT. OF CORR. ("IDOC") AT PONTIAC CORR. CTR., HEREBY COMPLAINS AS FOLLOWS:

1. THIS IS A LAWSUIT BROUGHT PURSUANT TO 42 U.S.C. $1983 TO REDRESS VIOLATIONS OF WALKER'S RIGHTS UNDER THE FIRST AMEND. & EIGHTH AMEND. TO THE UNITED STATES CONSTITUTION TO BE FREE OF RETALIATION & CRUEL & UNUSUAL PUNISHMENT WHILE HE IS INCARCERATED AT IDOC, FACILITIES.

2. DEFENDANT WARDEN KENNEDY PREPETUATED AN UNWRITTEN POLICY TO TURN A BLIND EYE TO VIOLATIONS AGAINST PRISONERS PERPETRATED BY IDOC EMPLOYEES IN VIOLATION OF WALKER'S CONST—

"pg. 2 of 10"

itutional rights. In addition Defendant's Lt. Molinero, Sgt. Bayler, % Nall & % Lefler blatant acts of excessive force & retaliation were in violation of Walker's constitutional rights.

3. Walker seeks compensatory & punitive damages resulting from the Defendants' violations of his constitutional rights.

### Jurisdiction & Venue

4. The court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 & 1343(A)(3) & (4). Venue is proper in the Central District of Illinois under 28 U.S.C. §1391(B) because at least one of the Defendant's resides in the District & a substantial part of the events & omissions giving rise to Walker's claim occurred in the District.

### Parties

5. Walker is currently incarcerated in the IDOC at Pontiac Corr. Ctr., located at 700 W. Lincoln St., Pontiac, Il. 61764.

6. Defendant Jerri A. Kennedy in her offical capacity was & currently is Chief Administrative Officer & as such she is the Final decision maker on policies, regulations & standards

GOVERNING THE OPERATIONS OF PONTIAC CORR. CTR. WARDEN KENNEDY IS RESPONSIBLE FOR, BUT NOT LIMITED TO, THE OVERALL OPERATIONS, & SUBORDINATES CONDUCT, & INMATES SAFETY.

7. DEFENDANT LT. MOLINERO IN HIS OFFICIAL CAPACITY WAS & CURRENTLY IS A LIEUTANT & AS SUCH HE IS RESPONSIBLE FOR, BUT NOT LIMITED TO, SUPERVISION OF CELLHOUSE OPERATIONS, SUBORDINATES CONDUCT, & INMATES SAFETY.

8. DEFENDANT SGT. BAYLER IN HIS OFFICIAL CAPACITY WAS & CURRENTLY IS A SGT. & AS SUCH HE IS RESPONSIBLE FOR, BUT NOT LIMITED TO, SUPERVISION OF CELLHOUSE OPERATIONS, SUBORDINATES CONDUCT, & SAFETY OF INMATES.

9. DEFENDANT ℅ NALL IN HIS OFFICIAL CAPACITY WAS & CURRENTLY IS A CORRECTIONAL OFFICER & AS SUCH IS RESPONSIBLE FOR, BUT NOT LIMITED TO, SUPERVISION OF CELLHOUSE ASSIGNMENT & INMATES SAFETY & SECURITY.

10. DEFENDANT ℅ LEFLER IN HIS OFFICIAL CAPACITY WAS & CURRENTLY IS A CORRECTIONAL OFFICER & AS SUCH IS RESPONSIBLE FOR, BUT NOT LIMITED TO, SUPERVISION OF CELLHOUSE ASSIGNMENT & INMATES SAFETY & SECURITY.

FACTS

11. ON JANUARY 5, 2018 AT APPRX. 5:20 PM WHILE WALKER WAS

ASSIGNED TO NORTH Cellhouse 2 GAllery 1-45 cell % Nall &
% LeFler came to his cellboor & order him to cuff-up for
shower.

12. Walker informed % Nall that he needed a seg. jump
suit because he had not been issued another. one after his
72 HR. strip-out status was up.

13. % Nall & % LeFler walked away from Walker's celldoor
& came back apprx. 5 minutes later with a seg. jump suit.
% Nall handed Walker the jump suit throw the chuck-hole
in the celldoor.

14. Walker put the jump suit on & put both his hands outside
the chuck hole behind his back so % Nall could handcuff him
properly while % LeFler took the cell door off dead-lock.
% LeFler was unlocking the celldoor while % Nall was hand-
cuffing Walker behind the back.

15. When % Nall had handcuffed Walker he grasped both of
Walkers wrist & squeezed the handcuffs as tight as he could.
% Nall while holding Walkers wrist stated, "You see how that
works (Freddy?), You fucking see how that works (Freddy?"

16. Walker was in excruciating pain & begain to plead for
% LeFler to stop % Nall's attack on him but % LeFler
stood by just watching.

"pg. 5 of 10"

17. %o Nall ATTACHED A PAIR OF leg SHACKLES TO THE HANDCUFFS & pulled Walker's HANDS & ARMS All THE WAY THROUGH THE cellDOOR CHUCK Hole plus put All HIS WEIGHT DOWN ON THE pulling.

18. %o Nall TOLD %o Lefler TO open Walker's cellDOOR AFTER WHICH %o Nall HAD %o Lefler TO HOLD Walker's ARMS OUT OF HIS CHUCK Hole BY THE leg SHACKLES ATTACHED TO THE HANDCUFFS while %o Nall SlAMMED THE cellDOOR ON Walker's ARMS TWICE.

19. %o Nall THEN walkED INSIDE OF Walker's cell, pickED HIM up IN THE AIR SlAMMING HIM DOWN ON THE CONCRETE Floor & THEN %o Nall STOOD OVER Walker BEATING HIM IN THE leFT SIDE OF HIS BACK & IN THE leFT SIDE OF HIS RIBS WITH clOSED FIST.

20. Walker WAS HOLLERING FROM THE EXCRUCIATING pAIN. AFTER ABOUT 5 MINUTES %o Nall pulled Walker BY HIS RIGHT ANKLE & ORDERED HIM TO HIS KNEES. WHEN Walker GOT TO HIS KNEES %o Nall GRABBED Walker BY THE BACK OF THE HEAD & SlAMMED HIS HEAD INTO THE CONCRETE Floor. %o Nall REPEATED THIS TWICE.

21. Walkers NEIGHBOR IN cell 146 BEGAIN BANGING ON HIS cell-DOOR WINDOW TO GET SOMEONES ATTENTION TO STOP %o Nall's ATTACK ON Walker. %o Nall DRAGGED Walker TO HIS cellDOOR, put HIS ARMS THROUGH THE CHUCK Hole & %o Lefler clOSED & lockED THE cellDOOR.

22. % Nall & % Lefler grabbed one of Walker's arms while % Nall was taking the handcuffs off. Both %'s were bending, pulling & twisting Walker's hands & wrist. After which the handcuffs were off & Walker was ordered to put his arms in the cell.

23. Walker pulled his arms in the cell, the chuck hole was locked & % Nall & % Lefler walked away.

24. Approx. 20 minutes later Lt. Molinero, Sgt. Bayler, % Nall & other officer came to Walker's neighbors cell #46. An altercation occurred where he was being assaulted & Walker began to holler & bang for them to stop.

25. Lt. Molinero & Sgt. Bayler told Walker, "You're in enough shit already & now you ████ won't have any water either stupid fuck." Walker's water was turned off.

26. Walker requested that Lt. Molinero & Sgt. Bayler get him medical attention from the assault by % Nall & % Lefler at which their response was, "So you can have evidence to write a grievance? Hold your breath." Walker never received any medical attention that night and the next day.

27. From the January 5, 2018 assault Walker incurred trouble breathing; pain in his left lung; his heart ached; was urinating blood; the left side of his back & left side of his ribs were

5

Swollen; his left 11TH rib was fracture with slight displacement of the fracture fragments; he had blunting of the left costophrenic angle compatible with small pleural effusion; He had swelling, contusions and lacerations to both forearms; He had discoloration to his back; and he had pain from cuts to both of his knees. See exhibit: A-1, (7-8-18, offender outpatient progress notes by medical physician, C. Hansen), See exhibit: A-2, (7-7-18, offender outpatient progress notes by medical phy-sician, Sherry powers); See exhibit: A-3 (offender outpatient progress notes by Radiology, marissa Hansen dated: (-11-(8), See exhibit: A-9, (offender outpatient progress notes by medical physician, Riliulan oJelade, dated: 1-11-18); See exhibit: A-4, (offender outpatient progress notes by C. Hansen (Medical physician) dated: (-25-18); See exhibit: A-5, (1-25-18, offender outpatient progress notes by Radioloy, marissa Hansen); See exhibit: A-5, (3-29-18, offender outpatient progress notes by medical physician, Riliulan oJelade); See exhibit: A-6 (January 12, 2018, one Radiology normal, Illinois chest X-ray one view Dated 1-11-2018), See exhibit: A-7, (January 26, 2018, one Radiology normal, Illinois Left Ribs two views 1-25-2018), and See exhibit: A-8, (Authorization for Release of offender medical Health information, dated: June 28, 2018)


28. Walker exhausted all available grievance procedure steps. See exhibit: B-1, (3-7-2018, Counseling Summary from: Simpson, Sharon A., ▬▬▬ correct-ional offfcer Grievance offfcer, Sharon A. Sim-pson); (march 4, 2018, grievance regarding: Staff conduct and medical treatment; marked as exhibit: B-2); See exhibit: B-3

pg. 8 of 10 (June 10, 2018, grievance regarding: pending grievance under G#: 069888); See exhibit: B-4, (6-13-18, counseling summary from: Melvin, Jacquelyn S., correctional counselor II); See exhibit: B-5, (memorandum dated: 6-13-18, From: Grievance officer J. Melvin CC II pontiac correctional center); See exhibit: B-6 (June 25, 2018, letter from: Fredrick walker addressed to: Administrative Review Board); See exhibit: B-7, (7-9-2018, Administrative Review Board Return of Grievance or correspondence from: Dave White, regarding: Grievance procedure: wants grievance 69888 returned as of 6-10-18); See exhibit: B-8, (7-18-2018, letter to: Grievance officer Sharon A. Sampson from: Fredrick walker, B-34246, and Grievance officer Sharon A. Sampson 7-19-18 response to this letter); and See exhibit: B-9, (7-30-2018, letter to: north cell house, one (7) gallery counselor, from: Fredrick walker, B-34246 and this counselor's response to this letter).

## Conclusion

wherefore, for all the reasons set forth herein, plaintiff Fredrick walker, a/k/a Frederick walker respectfully request that the court:

1. Award walker compensatory and punitive Damages against Defendants c/o vall and c/o Lefler for their excessive use of force amounting to a violation of walker's 8th Amendment constitutional rights;

2. Award walker compensatory and punitive Damages against Defendants Lt. Molinero, and Sgt. Bayler for their retaliation amounting to a violation of Walker's 1st Amendment consti-

pg. 9 of 10 -utional rights;

3. Award Walker compensatory and punitive damages against Defendant Warden Terri A. Kennedy for her unwritten policy to turn a blind eye causing deliberate indifference amounting to a violation of Walker's 8th Amendment constitutional rights;

4. Award Walker his cost and reasonable compensation for court fee's; and

5. Award any such further relief as this court may deem Just.

Date: September 2018,

Respectfully
/s/ Fredrick Walker
plantiff
Fredrick Walker, a/k/a Frederick walker,
B-34246
pontiac correctional center
P.O. Box 99
pontiac, Illinois 61764

Certificate of Service

I, Fredrick walker hereby declare under the penalty of perjury that on September 3, 2018, I have handed a correctional officer here at pontiac correctional center to place in the ~~max~~ pontiac correctional center, west cell house outgoing mail bag to be delivered to the max law library, assistant paralegal to electronically file to this court the following: complaint pursuant to $\S$ 1983; exhibits: A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-1, B-2, B-3, B-4, B-5, B-6, B-7, B-8, and B-9; Application to proceed without payment of fees and Affidavit, and motion for Appointment of Counsel, and legal mail card attached and mark as Exhibit: 0-1.

Respectfully: Fredrick Walker
plaintiff

September 3, 2018

Fredrick walker, B-34244
pontiac correctional center
P.O. Box 99
pontiac, Illinois 61764-0099

"Exhibit: A-1"

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL          Center

| Offender Information: | | |
|---|---|---|
| Last Name: Walker | First Name: Frederick  MI: | ID#: B 342446 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1.8.18 1345 #172 98.4 72,16 122/74 | No Note S/O · I/M presents after alleged altercation. S/R was assaulted per Security. Superficial wounds bilateral forearms. Ⓛ LE. c/o SOB and Ⓡ rib pain. Lungs- CTAB Ø wheeze, Ø edema or deformity to ribs. A. S/p alleged altercation | 1. CXR 2. Motrin 600mg po BID x 2wks Hansen FUP [signature] 1-8-18 |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ PONTIAC CORRECTIONAL _____ Center

Offender Information:

Walker _____ Fredrick ____ ID#: B34246
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-11-18 8:45a | Radiology Note: CXR Ordered | X-ray complete Marussa Hensn R7(R) |
| 1/11/18 11:45 An | Pt seen in his cell for the Same issue seen for on 1/8/18, and went for CXR test earlier Also pain med is a Valued order. | Bacitracin ont AAA BIDX Mth Cont w/ the prescribed pain med. Awaiting official report on CXR. RTC for f/u x 2wks [signature] An 1-11-18 12:00 |

"Exhibit: A-4"

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Last Name: Walker  First Name: Frederick  MI: ___  ID#: B34246

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/25/18 | URGENT CARE | |
| 1A | S/O. Y/M C/O | 1. Motrin 600 mg |
| #169 | Cont Ⓑ rib pain. | po BID x 1mo |
| 98⁰⁷⁰ | S/R pain when | 2- CXR today |
| 16 .161 | Sleeping on Ⓛ side | |
| 98.8 | or coughing / sneezing. | CHansen |
| 103 /66 | Past Xray shows | Fnp |
| | Ø fx but small | |
| | pleural effusion. | |
| | lungs—CTAB Ø wheeze | |
| | CAD—RRR S1S2 | |
| | M/S—Ⓛ ribs unt | |
| | Ø deformity, bruising | |
| | or edema | |
| | A. Small pleural | |
| | effusion | |
| | R/O rib fx | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:

Last Name: Walter  First Name: Fredrick  MI: ___  ID#: B34246

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/19/18 0910 | Rn note while giving I'm meds I'm asked if he is on nec. Rn stated "yes". I'm asked if I was doing nsc. I stated "yes." I'm started to yell and scream about how he is refusing nsc and that this nurse is a "stupid bitch". refusal was obtained | |
| 1/19/18 | Psychiatry Pt seen | meds reviewed [illegible] Remeron Started [illegible] [signature] 1-19-18 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

"Exhibit: A-5"

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL       Center

Offender Information:

Last Name: Walker   First Name: Frederick   MI: ___   ID#: B34216

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-25-18 11:45a | Radiology Note: Ⓛ Ribs ordered | X-ray Complete  Marissa Thomas RT(R) |
| 3/22/18 Ⓡp | R/S due to no Provider | |
| 3/29/18 1400 wt -171 P-60 R-16 B/p 152/60 t° 97.9 02 sat 998 | URGENT CARE  S. Pt presents for med renewal on Motrin for pain due to recent altercation w/ the officers s/p. X ray of Ⓛ rib. 2 view. Still c/o having pain, NO SOB. O vital are WNL. A/O x 3 NAD GI: + BWL sd soft NTNG. Ⓝ erythema or bruise X-ray shows slight fx on Ⓛ 11th rib | Motrin 600mg t PO BID x 3mths Ⓡ elev funds  [signature] 3-29-18 |

Distribution: Offender's Medical Record



Ⓛ 11th Rib w/ slight fx.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL _____ Center

Offender Information:

Walker    Frederick    B342⁄6
Last Name    First Name    MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

"Exhibit: A-4"

OneRadiology
Normal, Illinois
January 12, 2018

WALKER, FREDERICK
ID #:  B34246
DOB:  04-05-72
Ordered by:  Hansen, FNP
Pontiac Correctional Facility

CHansen
fnp    1.25.18

CHEST X-RAY ONE VIEW DATED 1-11-2018:

INDICATION:  Status post altercation, shortness of breath.

PA and lateral views.

FINDINGS:  There is blunting of the left costophrenic angle compatible with small pleural effusion.  No dense focal consolidation or pneumothorax is seen.  No displaced rib fracture is visualized.  The cardiac silhouette and pulmonary vascularity are within normal limits.  The visualized osseous structures are unremarkable.

IMPRESSION:  Small left pleural effusion of unclear etiology.  No displaced rib fracture is seen.  As clinically indicated, short term follow-up radiographs may be considered.

Signed_____
                                    X. Austin, M.D.

Dic:1-12-2018

Films from Pontiac Correctional Facility

"Exhibit: A-7"

# ONE RADIOLOGY

## Normal, Illinois

## January 26, 2018

**PATIENT NAME:**    Walker, Frederick

**PATIENT NUMBER:**  B34246

**DOB:** 4/5/72

**Ordered by:** Hansen

**Pontiac Correctional Center**

**LEFT RIBS TWO VIEWS**    1/25/2018

**HISTORY:** Altercation and rib pain.

**DISCUSSION:** Two views of the left ribs demonstrate a fracture involving the left 11th rib with slight displacement of the fracture fragments. The rest of the rib cage appears to be intact. Follow-up study may be considered.

Signed_____

N. Yousuf, M.D.

DIC: 1/26/2018

Study from Pontiac Correctional Center

*Handwritten: CHansen fup 1-29-18*

"Exhibit: A-8"

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _Pontiac Correctional Center_ _____ to release the following information: (State
specific medical health information to be disclosed including date(s) or date range)        Facility

_January 25, 2018, left ribs two views January 26, 2018, X-Ray_
_results; January 11, 2018, Chest X-Ray one view January 12, 2018_
_results; January 15, 2018, urgent care. Np Hansen X-rays show small pleural_
_effusion and fracture of 11th rib. motrine ice img Biol & 1mo; and any and_
_all documents related to these documents and June 18, 2018, medical record._

☒ At Request of Offender and/or: _For my personal files._
                                                                  Purpose of disclosure

from the records of _B-34246_       _Frederick Waller_
                        ID#                    Print Offender's Name

to: ☒ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: _____
                                        Print Name

Address: _____
                                        Street Address

_____
        City                          State              Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

Expiration: This authorization will expire (complete one):

☒   45 days from date of signature

☐   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

Signature: _Frederick Waller_

_Frederick Waller_                          _Self_                    _June 28, 2018_
Signature of Offender or Person Authorized to Consent        Relationship              Date

Give Offender a copy if DOC made the request for release.

JUL 2 4 REC'D

Distribution:   Offender's Medical File

Printed on Recycled Paper                                      DOC 0241 (Rev. 01/2005)

"Exhibit: B-I

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B34246 | **Counseling Date** | 03/07/18 13:36:30:007 |
| **Offender Name** | WALKER, FREDERICK | **Type** | Personal |
| **Current Admit Date** | 12/15/2008 | **Method** | Face To Face |
| **MSR Date** | | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -07-42 | **Staff** | SIMPSON, SHARON A., Correctional Officer |

Received grievance dated 3/4/18 pertainging to alleged assault on behalf of Officer Nall on 1/5/18. Grievance forwarded to CAO who determined on 3/7/18 that issue is not an emergency. This Grievance Officer also forwarded complaint to Internal Affairs for review due to the severity of the allegation. Along with the Counseling Summary is an attached copy of grievance complaint for offender's records. Thi sissue has been processed at the Grievance Office 2nd Level and is pending a response from Internal Affairs.  G#069888

**Print Date  3/7/2018**

"Exhibit: B-2"

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

NCH-cell 742   Copied 03/30/18   @ RCC LL   069888

| Date: March 4, 2018 | Offender: (Please Print) Frederick Walker | ID#: B-34246 |
|---|---|---|

Present Facility: pontiac correctional center   Facility where grievance/issue occurred: pontiac correctional center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___ Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on January 5th, 2018, at approximately 5:20 p.m, c/o Wall approach my then assign cell 145, on one (1) gallery, in north cell house, and ordered me to cuff-up for a shower. I complied with this order and c/o Wall squeezed a pair of handcuffs on my wrist's extremely tight and held on to them to cause me more pain. c/o Wall then took out a pair of shackles (legg irons), and attach them to these pair of handcuffs. c/o Wall then snatch my hands out out the chuck-hole on this cell door as far as he could and continue pulling my hands with these

Relief Requested: $ 700,000 in compensatory and punitive damages against person officials that are liable out of their official and indivdual campacity for the constitutional violations of my rights to be free from cruel and unusual punishment and possible points.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature   B-34246   ID#   3.4.2018   Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility   Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name | Counselor's Signature | Date of Response

---

**EMERGENCY REVIEW**

Date Received: 3/14/18

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

MAR 0 6 2018

Michael Melvin (Melvin Wacley)
Chief Administrative Officer's Signature   3/14/18   Date

legg irons to cause me more pain. c/o scull ordered c/o lefler to open this celldoor, and c/o scull came into this cell and Slamm me down to the concrete floor. c/o scull stood over me and beat me in my back and ribbs with his fist's. c/o scull then ordered me to my knees and Slamm my head to the concrete floor twice. c/o scull pull me to the door of this cell, put my hands through the chuck-hole of this celldoor, and walk out of this cell. c/o scull ordered c/o lefler to close this celldoor back, and c/o scull took these handcuffs of my wrists, while he and c/o lefler held on to each of my wrist's. c/o scull and c/o lefler pull and bend my hands and then ordered me to put my hands inside of my cell. c/o scull close and lock this ▒▒▒ chuck-hole back, and walk off. c/o scull or c/o lefler don't get me medical attention for my injuries that were a result of the excessive force. I had swellen and a laceration to the right side of my head, I had swellen and lacerations to my hands, wrists, and my forarms, I had swellen and ▒▒▒ discoloration to my back and ribbs, I was urinating blood, my chest was hurting real bad directly in the area of my heart, ▒▒ it hurt me in my lungs to breath and talk, ▒▒▒ I had swellen and lacerations to my knees, and I was in pain from my injuries. on multiple pervious occasions had I inform the pontiac correctional center chain of command that pontiac correctional center official's were subjecting ▒▒ me to retaliatory measures for a 1983 civil suit that I have pending in the seventh circuit court of appeal's against two former and one current pontiac correctional center official's, ▒▒▒ pontiac correctional center official's, and other Illinois Department of correctional center official's over look this and left me open to these violations of my constitutional rights by said officials.

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

072713

| Date: June 10, 2018 | Offender (Please Print) Frederick Walker | ID#: B-34246 |
|---|---|---|

| Present Facility: Pontiac correctional center | Facility where grievance issue occurred: Pontiac correctional center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify) pending Grievance under G#:069888

- [ ] Disciplinary Report: ____/____/____
  Date of Report                          Facility where issued

RECEIVED
JUN 2 9 2018
ADMINISTRATIVE REVIEW BOARD

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name of identifying information for each person involved): A investigation is being conducted by internal affairs regarding a grievance that I have pending under the grievance number: 069888. This grievance have been processed in the Grievance office at the 2nd level and pending a response from internal affairs since March 7, 2018. See (March 7, 2018, counseling Summary from Simpson Sharon A., correctional officer). The Sixthy (60) day's time frame that the Grievance officer have to respond to G#: 069888 have expired, and I still have not received a response for this grievance yet. If the improper processing of my grievance cause any damage to me I will be taking legal action against those liable.

Relief Requested: That I receive the original of my grievance that is under G#: 069888, and that I receive a response to G#: 069888 from my counselor, Grievance officer, and the chief Administrative officer.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Frederick M Walker                B-34246        6.10.2018
Offender's Signature                    ID#              Date

(Continue on reverse side if necessary)

625-R-COPP6368 90 2018

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____/____/____
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

Print Counselor's Name ____    Counselor's Signature ____    Date of Response ____

| **EMERGENCY REVIEW** |
|---|

Date Received: 6/12/18

Is this determined to be of an emergency nature?
- [ ] Yes: expedite emergency grievance
- [x] No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Jen Kennedy nes
Chief Administrative Officer's Signature          6/12/18
                                                          Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)
Printed on Recycled Paper

"Exhibit-B-4"

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B34246 | **Counseling Date** | 06/13/18 14:24:51:757 |
| **Offender Name** | WALKER, FREDERICK | **Type** | Collateral |
| **Current Admit Date** | 12/15/2008 | **Method** | Other |
| **MSR Date** | | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -07-42 | **Staff** | MELVIN, JACQUELYN S., Correctional Counselor II |

Received grievance dated 6/10/2018 (G#072713) in the Grievance Office determined a non-emergency by the CAO on 6/12/2018. Return Memo completed indicating "previously received on 3/7/2018 at Second Level pending response. No justification for further consideration". Grievance and Return Memo sent to offender via Institutional Mail. FINAL NOTICE



RECEIVED

JUN 2 9 2018

ADMINISTRATIVE
REVIEW BOARD

**Print Date** 6/13/2018

Bruce Rauner
Governor

072713

John Baldwin
Acting Director

"Exhibit: B-5"

E- 6/12/18

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

FINAL NOTICE

DATE: 6/13/18

TO:     Name: Walker          IDOC #: B34246

FROM:   Grievance Officer J. Melvin CCII
        Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 6/10/18 Topic: Other    Issue: Grievance Response
                                                              G#069888

The attached is being returned for the reason(s) listed below:

_____  Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first
        attempt to resolve incidents, problems or complaints, other than complaints concerning
        disciplinary proceedings or sexual abuse, through his counselor".

_____  Use proper Committed Person's Grievance (DOC 0046).

_____  Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____  Forward grievance directly to the Administrative Review Board (protective custody, involuntary
        administration of psychotropic medications, disciplinary reports from other facilities, other
        issues from other facilities except personal property or medical).

_____  Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
        addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____  Unable to determine nature of grievance/correspondence.  Submit additional specific
        information.

_____  Illegible copy submitted – submit legible copy for consideration.

_____  Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
        Committee.  If request is denied, utilize the grievance process for further consideration.

RECEIVED

JUN 2 9 2018

ADMINISTRATIVE
REVIEW BOARD

Page 1 of 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc


X      Issue has been previously (received/addressed) on 3/7/18 . No justification for further consideration.

_at Second Level Pending Response_

_____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ The Chief Administrative Officer has determined your grievance issue a non-emergency. If you reject this decision, forward your grievance directly to Grievance Office.

_____ Decisions rendered by the Director are not grievable.

_____ The above described grievance has been processed (Grievance #_____).

_____ Other:

_____

"Exhibit: B-6"

June 25, 2018

Dear, Administrative Review Board,

I'm seeking to file my grievance that is under grievance number: 072713, that is dated: June 10, 2018, that is regarding: other: pending Grievance under Grt: 069888. Inclosed with this request is grievance mention herein, 6/13/18 counseling summary, from: Melvin Jacquelyn S., correctional counselor II, and 6/13/18 memorandum. your assistance herein will be greatly appreciated.

*[signature]*

**RECEIVED**
**JUN 2 9 2018**
**ADMINISTRATIVE**
**REVIEW BOARD**

"Exhibit: B-7"

page

navigation 1:18-cv-01320-JES  # 1  Page 28 of 30

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender:  Walker_____  Frederick_____  _____ B34246_____
                              Last Name                                    First Name                         MI              ID#

Facility:  Pontiac_____

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 6/10/2018_____  or  ☐ Correspondence: Dated: _____

Received: 6/29/2018_____  Regarding: Gvc Proc:  Wants Gvc 69888 returned as of 6/10/18._____
                    Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                                                Date
☐ No justification provided for additional consideration.

**Other** (specify): Gvc 69888 is at second level at Pontiac._____

_____

Completed by:  Dave White_____          _Signature_          7/9/2018____
                              Print Name                                              Signature                    Date

Distribution:   Offender               *Printed on Recycled Paper*                    DOC 0070 (Rev. 3/2018)
                      Inmate Issues

"Exhibit: B-8"

TO: Grievance officer, Sharon A. Simpson:  7-18-2018
FR: Frederick Walker, B-34246, NCH-cell 545

Dear Grievance officer, Sharon A. Simpson,

This is a request to you to be inform of the
disposition of my Grievance that is
under the Grievance number: 069888. I will
appreciate it.

7/19/18: Grievance was sent to IA for review on 3/7/18.
You will be notified when issue has been
finalized.

"Exhibit
B-9

TO: North cell house, one (2) gallery Counselor 7-30-2018
FR: Frederick Walker, B-34246, N/cH-cell 121.

Dear North cell house, (2) gallery counselor,

Can you send me a copy of ILLINOIS Department
of corrections rules stating how much time
do a Grievance officer have to respond to
a Inmate grievance. It will be appreciated.

Sincerely,

I'm not sure what OR it is exactly. but its in DR204
and they don't have a specific amount of time. It says
something about 60 days or the amount of time
needed.
    It's in your Orientation Manual.